IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LIVELY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:22-cv-00384-MTT-CHW |
| | : | |
| HOUSTON COUNTY DETENTION CENTER, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER OF DISMISSAL

Plaintiff Christopher Lively, a prisoner in the Houston County Detention Center in Perry, Georgia, filed a complaint under 42 U.S.C. § 1983, Compl., ECF No. 1, and a motion for leave to proceed *in forma pauperis*.  Mot. for Leave to Proceed *In Forma Pauperis*, ECF No. 2.  After those items were docketed, correspondence from this Court to Plaintiff at the Houston County Detention Center – the only address on file for Plaintiff – was returned to this Court as undeliverable.  Mail Returned, ECF No. 4.

Plaintiff's failure to notify the Clerk of Court of a change to his address constitutes a failure to prosecute his claims, and insofar as this Court has no information regarding Plaintiff's current whereabouts, the present action cannot proceed.  Out of an abundance of caution, the United States Magistrate Judge sent Plaintiff an order directing him to show cause why this case should not be dismissed based on his failure to keep this Court apprised of his current address.  Order to Show Cause, ECF No. 5.  Plaintiff was given fourteen days to respond to the order and was cautioned that this case would likely be dismissed if

he failed to respond.  *Id.*

That order was later returned to the Court with a forwarding address for Plaintiff. Mail Returned, ECF No. 6.  The Clerk then forwarded the order to show cause to Plaintiff at the new address.  Plaintiff has not responded to that order, which has been returned to the Court marked "refused." Mail Returned, ECF No. 7.  Because Plaintiff has failed to respond to the Court's orders and has otherwise failed to prosecute this case, it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**.  *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 10th day of February, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT